# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.: 21-CR-235 (RJL)** |
| : | |
| **v.** : | |
| : | |
| **RICHARD FRANKLIN BARNARD and,** : | |
| **JEFFREY SHANE WITCHER** : | |
| : | |
| **Defendant.** : | |
| : | |

## UNOPPOSED GOVERNMENT'S MOTION TO DOCKET STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion to docket a status hearing in the above captioned case. In support of its motion, the United States relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1) The above captioned matter was heard by U.S. Magistrate Judge G. Michael Harvey on April 19, 2021, wherein the Court arraigned both defendants on the indictment and set pretrial conditions of release. At this hearing Defendant Barnard did not have local counsel. As a result, an ascertainment of counsel hearing was set for May 4, 2021.

2) On May 4, 2021 Defendant Barnard appeared before Magistrate Judge Robin Meriweather. At this hearing Federal Public Defender (Western District of Texas) Jose Salinas was appointed by the Court to represent Mr. Barnard. At this hearing, Judge Meriweather directed the parties to notify the assigned District Court Judge's chambers of the parties request to set a status hearing before the presiding judge.

4) In that regard, undersigned counsel for the government has contacted counsel for the defendants, Jesus Salinas, Esq., and Sam Bassett, Esq., and confirmed that they **do not** oppose

the government's request. Additionally, the government has coordinated with the defense and proposes the following dates and times, should the Court be available, for the Court to docket the requested hearing: May 17th, May 18th, or May 26th, 2021.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons stated in the government's motion, the United States respectfully requests that the government's unopposed motion to docket a status hearing in the above captioned case be GRANTED.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   */s/ Brandon K. Regan*
Brandon K. Regan
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
brandon.regan@usdoj.gov
202-252-7759

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-235 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **RICHARD FRANKLIN BARNARD and,** | : | |
| **JEFFREY SHANE WITCHER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## PROPOSED ORDER

Upon consideration of the Unopposed Government's Motion to Docket a Status Hearing, it is hereby:

**ORDERED** that the Unopposed Government's Motion to Docket a Status Hearing is **GRANTED**, and

**FURTHER ORDERED** that a status hearing in the above captioned matter is set for _____, 2021 at _____.

_____
RICHARD J. LEON
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIGNED this \_\_\_\_\_ day of May 2021