NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.

Criminal Number  21-CR-235(1)-RJL

RICHARD FRANKLIN BARNARD
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jesus M. Salinas, Jr. /Texas 24057366
(Attorney & Bar ID Number)

Federal Public Defender
(Firm Name)

504 Lavaca St., Ste. 960
(Street Address)

Austin            TX            78701
(City)           (State)         (Zip)

(512) 916-5025
(Telephone Number)