## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-235 (RC) |
| | : | |
| RICHARD FRANKLIN BARNARD & JEFFREY SHANE WITCHER, | : : | |
| | : | |
| Defendants. | : | |

### SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **February 4, 2022, at 2:00 p.m.** via Zoom Video;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **December 23, 2021**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **January 10, 2022**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **January 17, 2022**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **January 24, 2022**, with all responses (if any) due by **January 31, 2022**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

2

Dated:  October 21, 2021                                            RUDOLPH CONTRERAS
                                                                    United States District Judge