# ATTACHMENT A:

# Character Letters

5/6/2021

John Curlee
C and C Construction
[address redacted]Granger
Texas. 76530

To Whom it may concern,

   I have known Richard Barnard for over fifteen years as a neighbor and a friend. During this time I have found Richard to be honest and trustworthy. Richard is an upstanding person in our community, a man who stands by his word. He is a hard worker who always makes his family his top priority, doing what it takes to support and care for their needs. He also is ready to assist a friend and neighbor without hesitation. He's a person I would trust to ask help from if ever I needed to.  I would trust him to treat my family and my possessions with the same care and respect I would .
 It is unfortunate that he made a misguided decision and that he now finds himself in this court to accept his responsibility.
   He has expressed to me deep remorse for his actions that led him here today. I believe he is still a good person who was caught up in a confusing situation and made a terrible mistake which he would never repeat again.  Truly I do believe as he accepts the responsibility for his actions that he will move forward an even better person than before.

It is my sincere hope  that  the court takes this letter into consideration when sentencing Richard on this offense. I believe he will move forward with stronger clearer convictions of honor and contribute greatly to the community.


John Curlee
Owner
[number redacted]
C and C Construction

9

**From:** Larry Carter [email redacted]
**Date:** May 5, 2021 at 10:58:39 AM CDT
**To:** [email redacted]
**Subject: Richard Barnard**

Attention:

This is a letter to inform you that I have known Richard Barnard as a friend and coworker over the last approximately 4 years. He has been a pleasure to work with and a man of his word. I find his character above reproach.

I first met Richard when we shared an office in the Parkside neighborhood working with Highland Homes, in 2018 I think. As a neighborhood Sales Counselor, I care about the level service my customers receive after they close on a home and move into it. New home warranty work requires special skills including cross trade technical skills, the ability to organize an effectively complete complex warranty repairs, and above all the ability to show empathy to the issues of our new home owners as they deal with the inconvenience of having workers in their new homes. Richard did all of this with exceptional care for our customers and attention to the detail of the work. He was always able to help our customers through these difficult times. Everyone loves working with Richard.

Over the past few years I also watched Richard move up with promotions to become a Neighborhood Builder, working in my new neighborhood, Santa Rita Ranch. A Neighborhood Builder requires both technical skills, management skills, and the ability to communicate well with customers and trades. Again, Richard has excelled and taken care of our customers while following our

company's principals of doing the "right thing". Richard has been an efficient, quality, caring, co-worker.

On a personal level I have also enjoyed getting to know Richard as a friend. We are both husbands and proud fathers and we share the joys and challenges of raising our now near grown children. Richard will come to work one day with a cast on his arm from a bike crash he had while racing his son through a wooded trail. Richard is a good, conscientious man, who cares about his family, community, and those people who are fortunate to know him. He is a hard worker and an asset to any team.

Feel free to contact me if you have any questions.

Sincerely,

Larry Carter


--
Larry Carter
[address redacted]
Cedar Park, Texas 78613
[cell number redacted]

10

**From:** Tod Sailor
**Date:** May 3, 2021 at 10:01:01 PM CDT

**Subject: Reference for Richard**

Tod Sailor
[address redacted]

RE:
Richard Barnard

To whom it may concern,

I am writing on behalf of my close friend Richard, whom I have had the pleasure of knowing very well for over 25 years. I have always known him to be of the finest moral character, and he has always exhibited the qualities of honor, devotion, respect, and good judgement.

This is a man who can be counted on to help you when needed, even if it means putting himself through discomfort to do so. I would do the same for him, without question, or the need to be asked. He is a father who instills the values of honesty, dedication, determination, compassion, and honor in his children, and their friends. He is quick with a joke, and just as quick with assistance and advice, to make sure things are done the right way, without taking any shortcuts or gray area tactics.

In short, I would trust this man with every aspect of my life, and livelihood, safe in the knowledge that he would ensure all was properly cared for. I will personally vouch for him without hesitation.
Please feel free to contact me with any additional questions, I will be happy to engage.

--
Tod Sailor

Daniel P. Cravens

[address redacted]

Belton, TX 76513

May 5th, 2021

RE: Richard Franklin Barnard, US Capitol Riot

To Whom It May Concern,

I served with Richard Barnard in the Marine Reserves from 1988 to 1996, I also knew him briefly prior to bootcamp as we went thru the same recruiter.  We were both activated during the first Gulf War and stationed in California while the war was on going.  In the time that I have known Mr. Barnard I found him to be a stellar and dependable Marine, as well as a steadfast friend.  As a Sergeant I knew that if I assigned Cpl Barnard a task, it would be carried out promptly within specified guidelines or using his own judgement if leeway was allowed.  One quality which could also be considered a fault is his passion and being very headstrong.  If something was open to discussion he would vehemently argue his position even past the point of being logical.  Regardless if he was told the case was closed and something had to be done I knew the task would be carried out to the best of his ability.

I was always impressed with his professionalism, loyalty and sense of duty.  Some individuals might have had resentment when I picked up Sergeant as quickly as I did.  Many of whom, including Richard had more time in service.  That it never became an issue was one of the many things that has always impressed me about Richard.  Another is that even though he and I do not fully agree politically, he's very conservative whereas I am much more a moderate, it has never affected our friendship or ability to serve together.   In my opinion his judgement on January 6th was severely lacking by entering the Capitol building but I respect his decision to show strong support for his political beliefs and that his risked personal harm to himself by shielding Capitol police officers.  I would ask that you show him leniency, especially considering that the current President of the United States at the time instigated and encouraged their actions which I find appalling.

Sincerely,

Dan Cravens

**From:** Murray Gentry
**Date:** May 4, 2021 at 3:05:58 PM CDT
**To:** Rich Barnard
**Subject: Character Reference**

May 4, 2021

To whom it may concern:

For more than twenty years it has been my privilege to call Richard Barnard friend. I have observed his devotion to his beloved wife, Vanessa, and been with him as he spent countless hours with his children imparting to them the character traits of honesty and integrity by which he lives. Not only is he a devoted husband and father but also strong Christian and patriot. Having a common background, he as a United States Marine and I as a career Naval Officer, I well understand his unwavering patriotism. I trust him, without reservation, with my life, and that of my family as well as my fortune knowing that whenever I need him he will be there for me even without my asking.

LCDR Murray Gentry MSC USN Ret

Sent from my iPad