# ATTACHMENT B:

# Photos and Video Still Captures taken by Mr. Barnard














Sample of photos and screenshots of videos taken from Mr. Barnard's cell phone. Mr. Barnard's perspective with crowd on January 6, 2021. Shortly before his entrance into the United States Capitol. Downloaded by case agents after Mr. Barnard voluntarily granted access to his cell phone. Provided by case agents in discovery.

15

 

Photos taken by Mr. Barnard after exiting the U.S. Capitol of then Georgia House of Representatives Member Vernon Jones (approx. 3:18pm). Photos shared with case agents by Mr. Barnard during interview.