# ATTACHMENT A:

# City of Coachella California Proclamation

# CITY OF COACHELLA
## CALIFORNIA

# *Proclamation*

**WHEREAS,** on Wednesday, January 6, 2021, United States Capitol Police (USCP) Officers and law enforcement partners responded valiantly when faced with thousands of individuals involved in violent actions as they stormed the United States Capitol Building; and

**WHEREAS,** this violet mob of rioters actively attacked US Capitol Police and other uniformed law enforcement officers with metal pipes, chemical irritants, and other weapons; and

**WHEREAS,** more than 50 United States Capitol Police Officers and Metropolitan Police Department of the District of Columbia sustained injuries during the attack on the Capitol, with several USCP officers hospitalized with serious injuries, including one death; and

**WHEREAS,** as protesters were forcing their way toward the House Chamber where Members of Congress were sheltering in place, sworn **U.S. Capitol Police Officer Juan Lopez** from Coachella, heroically protected members of Congress; and

**WHEREAS,** a video from inside the Capitol shows Officer Lopez struggling to hold back the violent mob of rioters who pepper sprayed him six times; and

**WHEREAS,** U.S. Representative Dr. Raul Ruiz said he was protected by Lopez, who he'd mentored since he was a senior at Coachella Valley High School. Ruiz stated he's "so grateful for and proud of Juan;" and

**WHEREAS,** the actions of U.S. Capitol Police Officer Juan Lopez are heroic and we recognize his invaluable contributions to protect the Members of Congress and their employees, and the United States Capitol building.

**NOW THEREFORE,** I, Steven A. Hernandez, Mayor of the City of Coachella, by the power vested in me, do hereby recognize

## *Juan Lopez*

and urge all citizens of the City of Coachella to join me in commending him for his valor, commitment and dedication to the citizens of the United States.

**IN WITNESS HEREOF**, I have hereunto set my hand and caused the official seal of the City of Coachella, California to be affixed this 27th day of January 2021.

_____
Steven A. Hernandez, Mayor
City of Coachella, California